1

2

3

4

5

6

7

8
                    UNITED STATES DISTRICT COURT

9
                    CENTRAL DISTRICT OF CALIFORNIA

10

11      UNITED STATES OF AMERICA,      )      Case No.: *ED08-260-M*

12                      Plaintiff,      )

13              v.                      )      ORDER OF DETENTION

14      *Isaias Moreno Avila,*          )

15                      Defendant.      )

16

17          On motion by the government for pre-trial detention, the Court finds that no

18      condition or combination of conditions will reasonably assure the appearance of

19      defendant as required (or the safety of any person or the community).

20          The Court has considered the nature and circumstances of the offense(s); the

21      weight of evidence against the defendant; the history and characteristics of the

22      defendant; and the nature and seriousness of the danger to any person or the

23      community.

24          The Court bases the foregoing findings on the defendant's non-objection to pre-

25      trial detention and the Pretrial Services Report/Recommendation. (The defendant also

26      has not rebutted the presumption provided by statute).

27          IT IS THEREFORE ORDERED that defendant be detained without prejudice prior

28      to trial/revocation hearing.

---

**ORDER OF DETENTION**

1   IT IS FURTHER ORDERED that defendant be committed to the custody of the

2   Attorney General for confinement in a corrections facility separate, to the extent

3   practicable, from persons awaiting or serving sentences or being held in custody

4   pending appeal; that defendant be afforded reasonable opportunity for private

5   consultation with counsel; and that, on order of a Court of the United States or on

6   request of any attorney for the government, the person in charge of the corrections

7   facility in which defendant is confined deliver defendant to a United States Marshal

8   for the purpose of any appearance in connection with a Court proceeding. This order

9   is made without prejudice to reconsideration.

10

11   Dated: _____7/17/08_____

12   HONORABLE OSWALD PARADA
     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28